IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CASH W. PAWLEY,

       Petitioner,

v.

CASE NO. 1D17-1665

FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

_____/

Opinion filed June 6, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Cash W. Pawley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Lateasha L. Powell, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED. See Brown v. Campion, 757 So. 2d 535 (Fla. 1st DCA 2000);

Banks v. State, 916 So. 2d 35 (Fla. 1st DCA 2005).

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.